NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

August 3, 2023

**ERRATA**

---

Appeal No. 2022-1286

**TERADATA CORPORATION, TERADATA US, INC., TERADATA OPERATIONS, INC.,**
*Plaintiffs-Appellants*

**v.**

**SAP SE, SAP AMERICA, INC., SAP LABS LLC,**
*Defendants-Appellees*

---

Decided:  August 1, 2023
Nonprecedential Opinion

---

Please make the following change:

On page 30, line 22: "The district court did make a contrary determination" is changed to "The district court did not make a contrary determination".